■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRUCE WRIGHT, Appellant. [724 NYS2d 351] —Appeal by the defendant from a judgment of the County Court, Dutchess County (Marlow, J.), rendered September 29, 1998, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions, including those raised in his supplemental *pro se* brief, are either unpreserved for appellate review or without merit. O'Brien, J. P., S. Miller, Smith and Crane, JJ., concur.